

*The Leavitt's Country Bakery mural, painted by Kennett High School students. Photo credit: The Conway Daily Sun.*