

*Google Street View of Leavitt's Country Bakery (on left), as seen by drivers driving north.*



*Google Street View of Leavitt's Country Bakery (on right), as seen by drivers driving south.*