# Town of Conway
## OFFICE OF THE ASSISTANT BUILDING INSPECTOR
**23 MAIN STREET**
**CONWAY, NH 03818**
PHONE (603) 447-3811 FAX 447-5012
E-MAIL jgibbs@conwaynh.org

June 21st, 2022

Map 262
Parcel 62

To Forever Young Properties,

It has come to my attention that students from Kennett High School have painted a sign above the entrance to your location at 564 White Mountain Highway. It is my belief that the size of the wall sign is in violation of the Town Of Conway zoning ordinance, specifically section 190-20 F.(3) a., which states,

Wall sign. For lots without multiple commercial tenants, each lot shall be permitted one wall sign. For lots with multiple commercial tenants, each commercial tenant shall be permitted one wall sign. All wall signs shall be located on a wall which is common to both the interior and exterior of the business identified by the sign. The height of the message area shall not exceed the greater of 20 feet from the undisturbed ground or a height equal to 75% of the total height of the building, nor shall it exceed the height of the wall to which it is attached. The message area of the wall sign shall be based on the following formulas, subject to increase by bonus granted per Subsection F(12)(c).
**(a)**
For floor areas up to and including 50,000 square feet, the maximum message area shall be calculated as follows: 20 + (total square feet floor area X 0.0016).

According to our records, the square footage of the bakery is 1,328 square feet. So if you use the formula provided in the ordinance, 1,328 square feet X 0.0016 = 22.13 square feet total for the wall sign with an approved sign permit application. when we spoke yesterday you said the sign was approximately 26 feet wide by 3 feet tall, making it approximately 78 square feet. Our records do not show a wall sign ever being permitted at this location and this wall sign is larger than I am authorized to permit and would require you to appeal my decision and seek a variance from the ordinance from the Zoning Board of Adjustment (ZBA). If you have any questions regarding this matter, please don't hesitate to reach out to me.

Respectfully Submitted,

Jeremy B. Gibbs
Assistant Building Inspector
Zoning Officer

