

# Town of Conway
## OFFICE OF THE ASSISTANT BUILDING INSPECTOR
**23 MAIN STREET**
**CONWAY, NH 03818**
PHONE (603) 447-3811 FAX 447-5012
E-MAIL jgibbs@conwaynh.org

December 23rd, 2022

Map 262
Parcel 62
Forever Young Properties LLC
564 White Mountain Highway

Forever Young Properties LLC,

    On November 16th 2022 the Zoning Board Of Adjustment denied your appeal for a rehearing regarding the size of the sign above the entrance to your business located at 564 White Mountain Highway. Since that date, the 30 days to appeal that decision to the Superior court has expired. At this time I must request that you bring the size of your sign into compliance allowed within the Town Of Conway sign ordinance by completing a sign permit application. Please respond to me within 10 days of receipt of this letter with your intent to comply to avoid further enforcement proceedings.

Respectfully Submitted,

*Jeremy B Gibbs*

Jeremy B. Gibbs
Assistant Building Inspector
Zoning Officer