UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SEAN YOUNG, FOREVER YOUNG BAKERIES LLC; and FOREVER YOUNG PROPERTIES LLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>TOWN OF CONWAY, NEW HAMPSHIRE<br><br>*Defendant.* | Civil No. 1:23-cv-00070 |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs Sean Young and his businesses Forever Young Bakeries LLC, d/b/a "Leavitt's Country Bakery," and Forever Young Properties LLC (collectively, "Plaintiffs") request a temporary restraining order to protect the mural on their private property from immediate destruction and fines by the Town of Conway. Pursuant to Fed. R. Civ. P. 65(b)(1)(B), Plaintiffs certify that Plaintiffs have notified the Defendant regarding this lawsuit and its Motion for Temporary Restraining Order. This certification is attached to this Motion as Exhibit A. As Plaintiffs show in their memorandum in support of this Motion, the Town's attempt to remove Plaintiffs' mural violates the Free Speech Clause of the First Amendment.

RESPECTFULLY SUBMITTED this 31st day of January 2023,

| | |
|---|---|
| /s/ John M. Crabbs, II<br>John M. Crabbs, II (NH Bar No. 275043)<br>COOPER CARGILL CHANT, P.A.<br>2935 White Mountain Highway<br>North Conway, NH 03860-5210<br>603-450-5000<br>jcrabbs@coopercargillchant.com | /s/ Robert Frommer<br>Robert Frommer (VA Bar No. 70086)*<br>Elizabeth Sanz (CA Bar No. 340538)*<br>INSTITUTE FOR JUSTICE<br>901 N. Glebe Rd., Ste. 900<br>Arlington, Virginia 22203<br>(703) 682-9320<br>rfrommer@ij.org<br>bsanz@ij.org<br><br>*Counsel for Plaintiffs*<br><br>*Admission Pro Hac Vice Pending* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2023, a true and correct copy of Plaintiffs' Motion for Temporary Restraining Order and Memorandum in Support of Temporary Restraining Order was filed via the court's CM/ECF system and was dispatched to a third-party process server for service to the following Defendant:

Town of Conway
23 Main Street
Conway, NH 03818

/s/ Robert Frommer
Robert Frommer
