UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SEAN YOUNG; FOREVER YOUNG BAKERIES LLC; and FOREVER YOUNG PROPERTIES LLC, *Plaintiffs*, vs. TOWN OF CONWAY, NEW HAMPSHIRE *Defendant.* | Civil No. 1:23-cv-00070 |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Forever Young Bakeries LLC, d/b/a "Leavitt's Country Bakery" and Forever Young Properties LLC submit this Corporate Disclosure Statement pursuant to Federal Rule 7.1 and Local Rule 7.1.1.

Leavitt's Country Bakery is wholly owned by Forever Young Bakeries LLC. Forever Young Bakeries LLC has nothing to disclose pursuant to Federal Rule 7.1 and Local Rule 7.1.1. Forever Young Bakeries LLC has no parent corporation; no publicly held corporation owns any stock in Forever Young Bakeries LLC; and there is no publicly held corporation with which Forever Young Bakeries LLC has a merger agreement.

Forever Young Properties LLC owns the land upon which Leavitt's Country Bakery operates. Forever Young Properties LLC has nothing to disclose pursuant to Federal Rule 7.1 and Local Rule 7.1.1. Forever Young Properties LLC has no parent corporation; no publicly held corporation owns any stock in Forever Young Properties LLC; and there is no publicly held corporation with which Forever Young Properties LLC has a merger agreement.

RESPECTFULLY SUBMITTED this 31st day of January 2023.

/s/ John M. Crabbs, II
John M. Crabbs, II (NH Bar No. 275043)
COOPER CARGILL CHANT, P.A.
2935 White Mountain Highway
North Conway, NH 03860
603-450-5000
jcrabbs@coopercargillchant.com

/s/ Robert Frommer
Robert Frommer (VA Bar No. 70086)*
Elizabeth Sanz (CA Bar No. 340538)*
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, Virginia 22203
(703) 682-9320
rfrommer@ij.org
bsanz@ij.org

*Admission Pro Hac Vice Pending

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of January 2023, I caused a true and correct copy of the foregoing Corporate Disclosure Statement to be electronically filed using the Court's CM/ECF system. A copy of the foregoing document will be served via personal service by Carroll County Sheriff's Department upon Defendant as follows:

Town of Conway
23 Main Street
Conway, NH 03818

                                              /s/ John M. Crabbs, II
                                              John M. Crabbs, II (NH Bar No. 275043)