UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Sean Young, et al.**

          **Plaintiffs**

                                      Civil No.: 1:23-cv-00070-JL

**v.**

**Town of Conway, New Hampshire**

          **Defendant.**

## **STIPULATION**

The parties stipulate that, without prejudice to the Town of Conway's defense as to the merits of this matter, the Town of Conway will not take any enforcement action against the Plaintiffs in any way related to the subject matter of Plaintiffs' Complaint, pending further order of the Court.

                                      Respectfully submitted,

                                      **Sean Young, Forever Young Bakeries LLC; Forever Young Properties, LLC**

Date: February 2, 2023        By:    /s/ John M. Crabbs, II
                                                        John M. Crabbs, II; NHBA #275043
                                                        Cooper Cargill Chant, P.A.
                                                        2935 White Mountain Highway
                                                         North Conway, NH 03860-5210
                                                         (603) 450-5000
                                                         jcrabbs@coopercargillchant.com

/s/ Robert Frommer
Robert Frommer (VA Bar #70086)*
Elizabeth Sanz (CA Bar # 340538)*
Institute for Justice
901 N. Glebe Rd.; Suite 900
Arlington, VA 22203
(703) 682-9320
rfrommer@ij.org
bsanz@ij.org
*Admitted Pro Hac Vice

**Town of Conway, New Hampshire**

Date: February 2, 2023  By: /s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
Upton & Hatfield, LLP
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

/s/ Brooke Lovett Shilo
Brooke Lovett Shilo; NHBA #20794
Upton & Hatfield, LLP
10 Centre Street; PO Box 1090
Concord, NH 03302-1090
(603) 224-7791
bshilo@uptonhatfield.com