## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SEAN YOUNG, FOREVER YOUNG BAKERIES LLC; and FOREVER YOUNG PROPERTIES LLC, <br><br> *Plaintiffs*, <br><br> vs. <br><br> TOWN OF CONWAY, NEW HAMPSHIRE <br><br> *Defendant.* | Civil No. 1:23-cv-00070-JL |

### AFFIDAVIT OF MICHELLE R. PREVE

**NOW COMES**, Michelle R. Preve, under oath, and deposes and states as follows:

1. I am over the age of twenty-one (21) and give this Affidavit of my own free will. I make the statements contained in this Affidavit based on my personal knowledge and am competent to testify to all facts stated herein. I am a Litigation Paralegal at Upton & Hatfield, LLP and work with counsel in the matter captioned above.

2. I have prepared a recording of a recording at the request of counsel in this matter.

3. I accessed the recording via an online link which is:

https://podcasters.spotify.com/pod/show/conwaymagic/episodes/Leavitts-Country-Bakery--Kennett-High-School-Mural-Intallation-e1jskjq/a-a83o6nr.

4. I recorded the recording at the link above in number 3 using a Google Chrome extension called Screen Recorder – Scre.io.

5. After completing the recording using the software noted in number 4, I was able to create, download and save a WEBM File entitled Leavitts-Country-Bakery--Kennett-High-School-Mural-Installation 6.13.2022 Podcast, which is approximately 10.0MB in size and is the complete seven (7) minutes and eighteen (18) seconds of the online recording noted in number 3 above.

FURTHERMORE, the affiant sayeth not.

/s/ Michelle R. Preve
Michelle R. Preve

SUBSCRIBED AND SWORN TO BEFORE ME this 11th day of July, 2024.

/s/ Shannon Haught
Notary Public
My Commission Expires: 6/14/28