UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SEAN YOUNG, FOREVER YOUNG BAKERIES LLC; and FOREVER YOUNG PROPERTIES LLC, <br><br> *Plaintiffs*, <br><br> vs. <br><br> TOWN OF CONWAY, NEW HAMPSHIRE <br><br> *Defendant.* | Civil No. 1:23-cv-00070-JL |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR ATTORNEYS' FEES**

Plaintiffs Sean Young, Forever Young Bakeries LLC, and Forever Young Properties LLC respectfully submit this Motion to Extend Deadline for Filing Motion for Attorneys' Fees. Defendant has assented to this motion, and no previous extension has been requested for the deadline to file Plaintiffs' motion for attorneys' fees.

This Court entered a final judgment in Plaintiffs' favor on May 19, 2025 (ECF 59) with a corrected judgment entered on May 20, 2025 (ECF 60). The current deadline for Plaintiffs to file an application for attorneys' fees under 42 U.S.C. § 1988 is therefore June 2, 2025. Fed. R. Civ. P. 54(d)(2)(B)(i) (application must be filed no later than 14 days after entry of judgment). This date may be altered by court order. *See* Fed. R. Civ. P. 54(d)(2)(B). Because Plaintiffs' attorneys' fees will depend, in part, on the outcome of any appeal, it would be more efficient for the parties and the Court to stay all proceedings regarding Plaintiffs' motion for attorneys' fees until any appeal is resolved.

Plaintiffs therefore request that the deadline for filing a motion for attorneys' fees be stayed until 21 days after either: (1) receipt by the clerk of the mandate or other order terminating the action on appeal, or (2) expiration of the time allowed for filing a notice of appeal, in the event a notice of appeal is not filed. *Cf.* Local R. 54.1(a) (setting same deadlines for filing bill of costs).

RESPECTFULLY SUBMITTED this 23rd day of May 2025,

| | |
|---|---|
| John M. Crabbs, II (NH Bar No. 275043) | /s/ Robert Frommer |
| COOPER CARGILL CHANT, P.A. | Robert Frommer (VA Bar No. 70086)* |
| 2935 White Mountain Highway | Elizabeth Sanz (CA Bar No. 340538)* |
| North Conway, NH 03860-5210 | INSTITUTE FOR JUSTICE |
| 603-450-5000 | 901 N. Glebe Rd., Ste. 900 |
| jcrabbs@coopercargillchant.com | Arlington, Virginia 22203 |
| | (703) 682-9320 |
| | rfrommer@ij.org |
| | bsanz@ij.org |
| | |
| | *Admitted Pro Hac Vice* |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's electronic filing system.

May 23, 2025                                                        /s/ Robert Frommer
                                                                             Robert Frommer

2