# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SEAN YOUNG, FOREVER YOUNG BAKERIES LLC; and FOREVER YOUNG PROPERTIES LLC, <br><br> *Plaintiffs*, <br><br> vs. <br><br> TOWN OF CONWAY, NEW HAMPSHIRE <br><br> *Defendant*. | : <br> : <br> : <br> : <br> : Civil No. 1:23-cv-00070-JL <br> : <br> : <br> : |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' ASSENTED TO MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR ATTORNEYS' FEES

THIS MATTER coming before the Court upon Plaintiffs' Assented to Motion to Extend the Deadline for Filing a Motion for Attorneys' Fees. Having reviewed the motion, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline Plaintiff's application for attorneys' fees under 42 U.S.C. § 1988 is hereby stayed until 21 days after either: (1) receipt by the clerk of the mandate or other order terminating the action on appeal, or (2) expiration of the time allowed for filing a notice of appeal, in the event a notice of appeal is not filed. *Cf.* Local R. 54.1(a) (setting same deadlines for filing bill of costs).

SO ORDERED this the ___ day of _____, 2025.

_____<br>
JOSEPH N. LAPLANTE<br>
UNITED STATES DISTRICT JUDGE
